UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE B.,[1] | Case No. 2:23-cv-09334-SSC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MARTIN J. O'MALLEY, | |
| Commissioner of Social Security | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed,

---

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

1  consistent with the Memorandum and Order filed concurrently
2  herewith.
3
4  DATED: December 9, 2024

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

2